# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: | **Order Regarding Motion of** |
| **RANDALL H MORRISON** | **Chapter 13 Trustee for Dismissal** |
| **HEIDI J AUSTINSON-MORRISON** | **or Conversion of Case.** |
| **Debtor(s)** | Case No. 08-40597 NCD |

_____

This Chapter 13 case came before the court on 7/1/2010, for hearing on the motion of the Chapter 13 Trustee for conversion or dismissal of the case. Appearances were noted in the record. Upon the record made at the hearing, and upon the proposal of the Debtor(s) for a structured cure of outstanding arrears in payment to the Chapter 13 Trustee:

**IT IS HEREBY ORDERED:**

1. In cure of current default in payment to the Chapter 13 Trustee, Debtor(s) shall make the following payments to the Chapter 13 Trustee,

    a. The debtor shall resume regular monthly payments to the Trustee, commencing June 2010. The debtor's regular monthly payment is currently $450.00.

    b. In addition, the debtor shall pay the Trustee an extra $150.00 extra per month for the months of July 2010 through December 2010.

2. If the Debtor(s) fails to make any payment required under Term 1 of this order in a timely manner, and if such default remains uncured after ten days written notice to the Debtor(s) and Counsel for the Debtor(s), the Chapter 13 Trustee may obtain dismissal of this case on an *ex parte* expedited basis. To do so, the Trustee shall file an affidavit attesting to the event(s) of default, and a proposed order for dismissal. Upon the filing of the affidavit, the Court may enter the proposed order without further notice or hearing.

3. This order shall be without prejudice to the Debtor's right to modify the Plan pursuant to 11 U.S.C. §1329.

Dated: __07-01-10__        __/e/ Nancy C. Dreher_____
                           United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/01/2010*
Lori Vosejpka, Clerk, by CN